UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:21-cr-0243-JPH-DML |
| | ) | |
| NATHAN CANARY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS INDICTMENT**

The United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Michelle P. Brady, Assistant United States Attorney, now respectfully moves to dismiss the Indictment against the above-captioned defendant and in support thereof states:

1. On August 18, 2021, Defendant Nathan Canary was charged in a three-count indictment. (Dkt. 15).

2. On April 12, 2022, Defendant Nathan Canary was charged in a subsequent six-count indictment (*United States v. Adewale Adediran, et al* 1:22-cr-00057-JMS-MG). (Dkt. 1).

3. The United States, in the interests of justice, now respectfully moves this Honorable Court to dismiss the indictment (Dkt. 15) against Nathan Canary.

WHEREFORE, the United States respectfully requests this Honorable Court to dismiss the indictment against Nathan Canary.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:  /s/ Michelle P. Brady
     Michelle P. Brady
     Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022, a copy of the foregoing Motion to Dismiss Indictment was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

By: /s/ Michelle P. Brady
Michelle P. Brady
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125