UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   CAUSE NO. 1:22-cr-0243-JPH-DML |
| | ) |
| NATHAN CANARY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the Motion of the United States for an order dismissing the Indictment as to defendant Nathan Canary. Upon consideration of the same, the Court grants the Motion.

IT IS THEREFORE ORDERED that the Indictment (Dkt. 15) is dismissed as to the above-captioned defendant.

So ORDERED.


Distribution to all registered counsel via electronic notification.

United States Probation Office